# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

ALBERTO SANTACRUZ-BENITEZ,

        Defendant.

Case No. 2:16-cr-329-JAD-PAL

**ORDER**

    ECF No. 36

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, July 23, 2019 at 2:30 p.m., be vacated and continued to September 4, 2019, at the hour of 11:00 a.m.

    DATED this 23rd day of July, 2019.

_____

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

3